FILED

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

PRO SE PRISONER CIVIL RIGHTS 2011 JAN -5  P 3: 01

~~AMENDED~~ COMPLAINT

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

Use this form to make corrections to your complaint. For example, you may need to change the list of defendants to include a person whose name you did not know at the time you filed your lawsuit. Or you are amending your complaint after the Court has issued a Section 1915A Ruling and Order, making sure that you do not include any claims or defendants that the Court has dismissed.

CASE NO. **311CV0019 RNC**

PLAINTIFF(S)  Write the name(s) of the person(s) complaining.

John Brewer III

vs.

DEFENDANT(S)  Write the name(s) of the person(s) you are suing. If you do not know a name, write "John Doe" or "Jane Doe". Include the defendant's rank or title and place of employment if you know it.

Leo Arnone, Commissioner; St. of Ct. Department of Corrections

Kimberly Weir, Director of Security; St. of Ct. Department of

Peter Murphy, Warden; MacDougall Correctional Institution

Anthony J. Bruno, Dir. of Rigious Services: St. of Ct. Dept.

"John Doe" Beaudry, Captain; MacDougall Correctional Institution

"John Doe" Bellemare, Correctional Officer; MacDougall Corr.

**Please complete every section and SIGN THE LAST PAGE.**

## A.   JURISDICTION

Because federal courts cannot hear every kind of claim, you must identify the law that says this court can hear your claim. There are two possibilities. Check one.

I can bring my complaint in federal court because I am suing:

1.   ___X___   State, county or city employees for violating my federal rights under 42 U.S.C. Sec. 1983/1985/1986; OR

2.   _____   Federal employees for violating my federal rights under *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. Sec. 1331.

## B.   PLAINTIFF(S) (THE PERSON(S) FILING THIS COMPLAINT)

If there are more than two plaintiffs, attach additional pages. Provide items a, b, and c for each additional plaintiff.

1.   <u>First Plaintiff</u>

   a.   Full Name: John Brewer lll

   b.   Inmate Number: 231298

   c.   Correctional facility: MacDougall

2.   <u>Second Plaintiff</u>

   a.   Full Name:

   b.   Inmate Number:

   c.   Correctional facility:

2

**C.    DEFENDANT(S)** (THE PERSON(S) WHOSE ACTIONS YOU ARE COMPLAINING ABOUT)

Do not include any defendants who the Court has already dismissed from your case.

1.    First Defendant

    a.    Full Name: Leo Arnone

    b.    Rank or Title: Commissioner

    c.    Workplace: State of Ct. Department of Corrections

2.    Second Defendant

    a.    Full Name: Kimberly Weir

    b.    Rank or Title: Director of Security

    c.    Workplace: State of Ct. Department of Corrections

3.    Third Defendant

    a.    Full Name: Peter Murphy

    b.    Rank or Title: Warden

    c.    Workplace: MacDougall Correctional Institution

4.    Fourth Defendant

    a.    Full Name: Anthony J. Bruno

    b.    Rank or Title: Director of Religious Services

    c.    Workplace: State of Ct. Department of Corrections

5.    Fifth Defendant

    a.    Full Name: "John Doe" Beaudry

    b.    Rank or Title: Captain

    c.    Workplace: MacDougall Correctional Institution

6.    Sixth Defendant

    a.    Full Name: "John Doe" Bellemare

    b.    Rank or Title: Correctional Officer

    c.    Workplace: MacDougall Correctional Institution

3

**D.   PREVIOUS LAWSUITS**



1.   First Lawsuit

    a.   Court and Date filed:

    b.   Caption and Docket No.:

    c.   Briefly, what was this lawsuit about?


    d.   Did you win or lose?  If you lost, did you appeal? If you
        appealed, what did the appeals court say?


2.   Second Lawsuit

    a.   Court and Date filed:

    b.   Caption and Docket No.:

    c.   Briefly, what was this lawsuit about?


    d.   Did you win or lose?  If you lost, did you appeal? If you
        appealed, what did the appeals court say?


3.   Third Lawsuit

    a.   Court and Date filed:

    b.   Caption and Docket No.:

    c.   Briefly, what was this lawsuit about?

    d.   Did you win or lose?  If you lost, did you appeal? If you
        appealed, what did the appeals court say?

4

## E. REASON FOR COMPLAINT

WARNING: Common mistakes can get your case dismissed as frivolous or for failure to state a good legal claim. If this happens, you will still have to pay the filing fee even if you are proceeding in forma pauperis. To avoid losing your filing fee, please read this information carefully and consult Inmate Legal Assistance at 1-800-301-DIAP (4527) before you file.

1.  **Failure to use the prison grievance process before suing.** "If you have not followed all the steps in the grievance process before you come to court, the defendants may ask the Court to dismiss your claims for "failure to exhaust administrative remedies.""

2.  **Complaining about incidents that happened a long time ago.** "If you are suing about events that happened more than three years ago, the defendants may ask the Court to dismiss your case under the "statute of limitations.""

3.  **Suing people who were not personally involved.** You can generally only sue defendants who were directly involved in harming you. In order to sue a supervisor, you must usually show that the supervisor knew about the actions of other defendants and failed to stop them.

4.  **Suing defendants who have immunity to suit for money damages.** You generally cannot sue the following people and entities for money damages: the State of Connecticut; agencies of the state (like the Department of Correction); the United States government; the President of the United States (for actions taken while President); judges (for actions taken in connection with judicial duties); parole board officers (for actions taken in imposing parole conditions or revoking parole); prosecutors (for actions taken in performing duties integral to the criminal judicial process). If you think you have a claim for money damages against such people or entities, check with Inmate Legal Assistance first. If you name defendants who are immune to suit from money damages and your suit is dismissed on that basis, you will lose your filing fee.

5.  **Complaining about a criminal conviction or prison disciplinary proceeding that resulted in loss of good time credits or other change to your time in prison.** If winning your claims "would necessarily imply the invalidity" of a criminal conviction or prison disciplinary punishment affecting the time served, then you cannot make these claims under Section 1983 unless you have already had the conviction or prison disciplinary

5

proceeding invalidated, for example through a habeas proceeding. *See Heck v. Humphrey*, 512 U.S. 477, 487 (1994).

Please note that this is not a complete list of the problems you might encounter with your case. The Court cannot give you legal advice and will not appoint a lawyer for you until it is clear that you have a good legal claim. Until then, your best strategy is to call the Inmate Legal Assistance Program at 1-800-981-JLAP before you file a complaint. If Inmate Legal Assistance says you do not have a good case, you should consider that advice very seriously.

Now you need to explain how your federal rights were violated. Remember that not every violation of state law or prison regulations amounts to a violation of federal law. What you need to tell the Court is who did what, when they did it, and how you were harmed.

You do not need to cite to the Constitution, any statutes, or any cases. However, it is important to be specific about dates, times, and the names of the people involved. It is helpful to put each important fact in a separate, numbered paragraph.

If you do not know the name of the person who harmed you, call that person Defendant Doe and provide some information from which it will be possible to identify the person - for example, gender, rank and shift. If there is more than one defendant whose name you do not know, call them Defendant Doe1, Defendant Doe2, and so on.

Here is an example of the proper way to describe your claims:

Example of Statement of Case

1. On April 1, 2007, I fell and injured my foot during a basketball game with other prisoners.
2. After the game, I asked Defendant CO Brian Smith to let me see the nurse. Defendant CO Brian Smith told me that I could not see the nurse because it was not an emergency.
3. During the afternoon, my foot became swollen and very painful.
4. At about 5:00 p.m. in the presence of my cellmate Bill Bloggs, told Defendant Lieutenant Jane Doe, who was the shift supervisor, that I needed a doctor and showed him my swollen foot.
5. Defendant Lieutenant Jane Doe brought me ice [illegible] and told me that I could not see the nurse until sick call the next morning.
6. The next day, I could not get out of bed because my foot was so swollen and painful. I had to go to hospital and have an operation to fix my foot.
7. I had to take pain medication for two months after the operation and have needed a walking stick for support since that time.

6

Now describe your claims:

Statement of Case

1.  PLEASE SEE ATTACHMENT(S) A-F.

2.

3.

4.

5.

6.

7.

8.

9.

10.

If you need more space, attach additional pages, but be as brief as possible.

7

ATTACHMENT A.

1.  On August 12, 2008, the plaintiff wrote a request to the
Religious Coordinator at the McDougall Walker Correctional
Institution (M.W.C.I.), Deacon Kita asking for Religious/Cultural
services and Civilization Classes for the God Centered Culture
of the Nation of Gods and Earths formerly and commonly known
as the 5% Nation.  In concurrence with the 1st, 5th, & 14th
Amendments of the United States Constitution and Article 1st
Sec. 3 of the Constitution of the State of Connecticut also
the Religious Land Use and Institutionalized Persons Act of
2000.

2.  On Oct. 3, 2008 the plaintiff received an acknowledgement
of the request from Rev. Bruno (Director of Religious Services)
stating that the plaintiffs request is being reviewed.

3.  On Dec. 11, 2008, the plaintiff then filed a grievance
attempting to exhaust Administrative Remedies and enjoy his
protected rights, within the Dept. of Corrections for an update
on the review and righteous relief.

4.  On Dec. 24, 2008 the Warden, Peter Murphy, denied the plain-
tiffs grievance but gave the plaintiff permission to have what
is called clergy visits.  By having an outside member of the Nation of Gods and Earth
(N.G.E) in the Community come in on a one on one professional
visit.  Because the N.G.E. is not a recognized Collective
Religion in the State Dept. of Corrections.  Noting that all
the Collective Religions are in AD. Directive 10.8. also stating
that what the plaintiff was/is requesting is beyond the
authority of MacDougall CI.

5.  The plaintiff then filed an appeal to this Grievance on
Dec. 29, 2008 asking that the Commissioner comply with the
plaintiffs initial request and add the N.G.E. to the list of
Collective Religious activities and afford the N.G.E.
Civilization Classes, (Parliaments and Honor Days).

6.  On Feb. 9, 2009 the plaintiffs level 2 grievance appeal
was denied and he was still welcomed to to find a volunteer
to come in on a one on one clergy type visit.

7.  On Sept. 17, 2009 the plaintiff wrote a request to Deputy
Warden Neftali Rodriguez asking if he can order some C.D. and
religious/cultural articles -- material belonging to the N.G.E.
in accordance with AD. Directive 10.8 5.C and 5.H.

8.  On Oct. 6, 2009 Deputy Warden Rodriguez responded stating
that there was a form I had to fill out to order religious C.D.'s
and anything else can only be ordered through Commissary only.
Which doesn't sell N.G.E. Material.

9.   On June 10, 2010 the plaintiff wrote a direct request to
the Commissioner asking him to please rethink his position and
in accord with the Law and The (R.L.U.I.P.A. 2000) grant the
N.G.E. the same rights and privileges afforded to all the other
religions and cultures in the Dept. of Corrections also to allow
him  to  don   our cultural  regalia and commemorate our Nation
Honor Days.  By adding N.G.E. to the Collective Religions in
the Administrative Directive.
* NOTE:  The Commissioner never directly answered the plaintiffs
         request instead passed them on to the Religious Services
         Director Rev. Bruno.

10.  On June 18, 2010 the plaintiff wrote a request to Warden
Peter Murphy asking him to afford him the opportunity to
commemorate the Honor Days (Holidays, Holy Days) of the Nation
of Gods and Earths and that the institution provide him with
2 meals Breakfast before sunrise and supper after sunset.

11. On July 1, 2010 the Warden responded to the plaintiffs
request stating that "This is currently under review."
             NOTE: The plaintiff was not afforded the opportunity
             by the Institution.

12.  On July 1, 2010 defendant Rev. Antony J. Bruno responded
to a request that I sent to Commissioner Murpny dated June 10,
2010 which he forwarded to him.  Stating that "Collective
religious activity for a particular group is dependent on the
availability of Institutional space, staff and resources, while
taking into account the level of inmate interest and safety
and security issues Please refer to A.D. 10.8, paragrapn 6A."
(A.D. = Administrative Directive).  He also stated "At the
present time, Inmates who claim to be members of the Nation
of Gods and Earths are permitted to receive one-on-one
professional visits from group leaders in the community, and
learn about the tenets of The Nation of Gods and Earths on an
Individual Basis with Books, Newspapers, tapes, C.D. etc. ..."

13.  On July 26, 2010 the plaintiff wrote a request to Rev.
Bruno asking for the form needed to order C.D.s and Tapes of
Parliaments and Show & Proves (These are services and events
of the Nation of Gods and Earths) and what is needed for a
representive to come in on a one-on-one.

14.  On August 2, 2010 Rev. Bruno responded to the plaintiff
request without answering any of the questions instead asking
the plaintiff not to write on this subject again.

15.  On November 4, 2010 the plaintiff wrote a request to
defendant Director of Securtiy Officer Ms. Kimberly Weir in
concern of a memo dated August 12, 2010 and October 21, 2010
which was posted in his housing unit on Nov. 4, 2010 regarding
security risk groups and disruptive groups in which the 5% Nation
which is a common name for the Nation of Gods and Earths, asking
her what criteria was used by her to make this determination
and that it is a negative racist and defamatory connotation.
             NOTE. No response has been received to this date.

16. On November 8, 2010 Rev. Bruno responded to the plaintiffs request regarding collective religious activity for the Nation of Gods and Earths stating in pertinent part "1) You are permitted to have one-on-one individual professional clergy visits from group leaders in the community..." "2. You are also allowed to purchase and posses a wide variety of written materials which enable you to study and practice your religion. There is no system wide ban on Nation of Gods and Earths books, Magazines, Newspapers, etc. Each edition is reviewed for safety and security in accordance with A.D. 10. ¶ You are also allowed to purchase tapes and CDs following the procedures in A.D. 6.10 paragraph 35 (April 15, 2010).

17. On NOvember 15, 2010 the plaintiff again wrote the Director of Security Ms. Kimberly Weir a formal letter in regards to memo labeling tne 5% Nation (Nation of Gods and Eartns) a disruptive group asking for a proof of claim.
           NOTE:  To tnis date there still has not been a response.

18. On November 9, 2010 C/O Bellemare denied Plaintiffs request to release funds for ordering of tne Five percenter Newspaper. Whicn was approved by Counselor Nolan on November 4, 2010. (received. NOV. 18th 2010)

19. On November 18, the plaintiff received a returned letter notification stating that a letter he wrote to his nepnew Mr. Dartre Booker was confiscated rejected based on material related to disruptive group per memo dated 10/22 from Security Division found to contain material pertaining to a disruptive group will be rejected.

20. On November 19, 2010 the plaintiff filed an immediate appeal through the Administrative Remedies system of the denial and rejection of the letter sent to his nephew and the ordering of the Five Percenter Newspaper.

21. On December 7tn 2010 the plaintiff recieved a response to the Administrative Remedies dated December 6, 2010. Denying his appeal by Warden Murpny directing the plaintiff to A.D. 10.7 Inmate Communications sections F and G.

22. On December 7, 2010 the plaintiff wrote a request to Warden, to keep letter confiscated on file for evidence in soon to be pending legal matter.

23. At no time during tne events described did tne plaintiff Jonn Brewer III Rignteously known as (R.K.A.) God Justice Born God Allan pose a threat to the safety and security of the facility, its staff, other prisoners and or the outside community at large.

24. On December 2, 2010, The plaintiff received a returned letter Notification Stating that a letter he wrote containing material pertaining to his Current legal matter was rejected because of materials found pertain to a Disruptive group.

25. The defendants all employees of the State of Connecticut Depatment of Correctional Officers Warden, Director of Religious Services, Director of Security and Commissioner had no probable cause to designate the plaintiff as a member of a disruptive group and/or the Nation of Gods and Earths (5% Nation) a disruptive group in accordance with Administrative Directive 6.14 "Security Risk Group".

26. In fact the policy used to label someone a disruptive group member of label something a disruptive group is nothing more than a racist fishing net. Whicn allows for the Department of Corrections to slander, defame the character, damage the pure reputation and productivity of the Nation of Gods and Earths and its members and acts a deterent to those seeking to learn about the Nation of Gods and Earths Culture and teachings of Knowledge of self and kind.

27. At all times during the events described the defendants all employees of the State of Connecticut Department of Corrections were engaged in a joint venture. The individual officers assisted each other in performing the various actions described and lent their support and the authority of their office to each other during said events.

28. As a direct and proximate result of the said acts of the defendants, all officers and employees of the State of Connecti- cut Department of Corrections, the plaintiff Jonn Brewer III RKA God Justice Born God Allah suffered the following injuries:

A) The infringement on his 1st amendment right to freely exercise his God Centered Culture, and the excercise of There of.
B) Tne infringement on his 1st amendment right of free speech. and the exercise of thereof
C) Tne infringement on his      1st amendment right peaceably assemble.
D) The infringement on his 5th and 14th amendment rights to due process and equal protection, pursuant to the establishment and free exercise clause.
E) The infringement on his rights under the Religious Land Use And Institutionalized Persons Act of 2000 ("RLUIPA 2000").
F) The infringement of his 1st amendment right to exercise and practice his own religious beliefs by being compelled to join and be classed and associated with anotner religious establishment in violation of the Connecticut Constitution, Article First, Sections 3 and 20-

29. The actions of tne defendants all employees and officers of tne State of Connecticut Department of Corrections violated tne following, clearly establisned and well settled Federal Constitutional rignts of Jonn Brewer III RKA God Justice Born God Allah.
A) The Nation of Gods and Earths are guaranteed the right to be a valid and respected God Centered Cultural Nation of Gods and Earths, free from religioun or any other man made ideals and persecutions.

B) According to Law, free from being forced to apostate

Count I against Individual Defendants.

30. Paragraphs 1 through 28 are incorporated herein by reference as though fully set forth.

31. The declared public policy of this state is defined in Article first, Section 3 and 20 of The Connecticut Constituion which prohibits the deprivation of the plaintiffs exercise and enjoyment of religious belief and worships as set forth througn out this complaint.

32. All of tne above mentioned defendants have made a substantial burden on plaintiffs religious exercise when it prevented him from practicing his religion's ("Culture") beliefs.

33. In duly promulgated policy under Conn. Gen. Stat. § 4-166 througn § 4-189, accordingly to tne provisions of the Uniform Administrative Procedures Act ("UAPA") of free exercise of religious practice under Administrative Directive 10.8, Religous services were designed for the purpose of Traditional belief executed under public policy in conjunction with the state and federal Constitutional rights and laws, but the defendants have been prohibiting the Free Exercise of the plaintiffs rights to practice his religious belief.

34. Tne plaintiff Joan Brewer III RKA God Justice Born God Allah claims damages for the burden exercise religion*(Culture).Set forth* above under Conn. Gen. Stat. § 52-571b against all the defendants named above for violation of his Constitutional rights under color of law.

Count II against Individual Defendants.

35. Paragraphs 1 through 29 are incorporated by reference as though fully set forth.

36. In furtherance of the plaintiffs practice of religious*(cultural)* belief as described through this complaint, is protected by the 1st and 14tn Amendments of the United States Constitution and it is recognized under the "Free Exercise Clause," there shall be no law made prohibiting Free Exercise of religious belief, but the defendants management of such rights restricted the plaintiffs freedom of religion with the responsibility of providing religous programs although not authorized by officially adopted and promulgated policy caused an unconstitutional custom prohibits plaintiffs participation in his own traditions and customs that are provided for other religions, causing constitutional injuries to tne plaintiff.

37. In addition, the defendants have imposed a substantial burden on tne religious exercise upon the plaintiffs cultural

beliefs wherein futherance of a compelling governmental interest is satisfied under an adopted custom of restrictive means unnecessary and inapproriately under the Religious Land Use and Institutionalized Persons Act of 2000 ("RLUIPA 2000") where members of the Nation of Gods and Earths are being treated differently under a regulation preventing someone from attending collective religious services of their religious belief constitutes a substantial burden on their religious exercise.

## Count III against Individual Defendants.

38. Paragraphs 1 through 29 are incorporated by reference as though fully set forth.

39. All of the above named defendants all employees and officers for the State of Connecticut Department of Corrections burden the plaintiff John Brewer III RKA God Justice Born God Allah causing extreme emotional damages by violating and infringing upon his rights to Free Speech, Freedom of Religion and practice of thereof and Freedom of Expression by confiscating his mail which in no way shape or form, threatened the safety and security of the facility, staff, prisoners or the community.

## Prayer for Relief

Wherefore, the plaintiff requests that this court:

A) Plaintiff request an order declaring that the defendants have acted in violation of the Connecticut Constitution, The United States Constitution and The Religious Land Use and Institutionalized Persons Act of 2000;

B) Plaintiff request an injunction compelling defendants to remove all postings designating The Nation of Gods and Earths commonly reffered to as "Five Percenters and the 5% Nation", from all inmate housing areas and/or common areas within the facilities within the Connecticut Department of Corrections and a brief notice informing prisoners and staff that the Nation of Gods and Earths commonly reffered to as "Five Percenters and the 5% Nation" have been removed from that disruptive group list;

C) Award compensatory damages to plaintiff against the defendant jointly and severalty;

D) Award such other and furtner relief as this Court may deem appropriate.

The plaintiff hereby demands a jury trial.

Executed this ___9th___ day of __Dec__ , A.D. 2010

The plaintiff,

By

John Brewer III RKA
God Justice Born God Allan
CJIS #193919
c/o Macdougall Corr. Inst.
1153 East Street South
Suffield, Ct. 06080

### Certification

Pursuant to 28 U.S.C. § 1746, I John Brewer III RKA God Justice
Born God Allan, is the plaintiff in the above named case declared
under penalty of perjury that the foregoing is true, correct
and complete to the best of my knowledge

**F.**     **REQUEST FOR RELIEF**

Tell the court what kind of relief you want. Remember: (1) You can only get money damages for mental or emotional injury if you were also physically injured; (2) Money damages may be reduced to pay restitution to victims of your crime and fees for a court-appointed attorney; (3) You cannot use a Section 1983 or Bivens action to request release from custody, a reduction in your sentence, or a restoration of good time credits. For any of these you must pursue a writ of habeas corpus.

__PLEASE SEE ATTACHMENT__ __F__

_____

_____

_____

**G.**     **DECLARATION UNDER PENALTY OF PERJURY**

Warning: You must sign this or your complaint will not be filed.

By signing this complaint, I certify under penalty of perjury that
the information contained in this complaint is true and accurate to
the best of my knowledge.   I understand that if I lie in this
complaint, I may be prosecuted for perjury, and punished with as
much as five (5) years in prison and/or a fine of $250,000.   See 18
U.S.C. Sections 1621, 3571.

Signature:  _John Brewer III_

Signed at _MacDougall Correctional Institution_ on _12/9/10_
          (Location)                                   (Date)

If there are additional plaintiffs, attach another page with the name and signature of each plaintiff on it.  The complaint cannot be filed without a signature from each plaintiff.

8

Money Orders from mother Banita Brewer in the amounts of
$100.00, $50.00 and $50.00.

4. Do you have **any** cash or checking or savings accounts?    ☐ Yes        ☒ No

If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other
thing of value?        ☐ Yes        ☒ No

If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate
how much you contribute to their support. [IMPORTANT NOTE: IF LISTING A MINOR CHILD, USE
ONLY THE INITIALS OF THE NAME TO IDENTIFY THE CHILD.]

I declare under penalty of perjury that the above information is true and correct.

12/9/2010
_____
Date

John Brewer III
_____
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit
stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer
showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have
multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each
account.



# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/1/08

Inmate name: *John Brewer III*                    Inmate number: *231298*

Facility/Unit: *MWCI*          Housing unit: *H2-51*          Date: *8/12/08*

Submitted to: *Religous Service Co-ordinator   Deacon Kita*

Request: I have recently submitted a religous affiliation form to be placed on the list for Religous/Cultural services and those civilization Classes of the 5% Nation of Gods and Earths. I understand that at the time there were no services available. But as time goes on I am stuck with the sacrifice and punishment of not being able to learn, teach, practice and congregate with those who share the same knowledge and Beliefs that I do. Like the protestants, Catholics, Jewish, Jehovahs witnesses and muslims are able to do. This a right guarenteed to me by and under the 1st, 5th & 14th Ammendments to the Constitution of the United States and Article 1st Sec. 3 of the Constitution of the State

*continue on back if necessary*

Cont.→

Previous action taken:

*continue on back if necessary*

Acted on by (print name):                         Title:

Action taken and/or response:

*continue on back if necessary*

Staff signature:                                   Date:

of Connecticut, as well as the seventh article of the same constitution. I ask that these services and classes be awarded to myself and other members of the 5% Nation of Gods and Earths through out the Department of Corrections in the State of Connecticut and its various institutions. I ask that I/we be awarded the same privileges and Freedoms/Liberties as these other religous/cultural groups in the state D.O.C. Such as To Hold: Civilization classes and Educational classes twice a week, parliaments on the 3rd Sunday of Every month, To be able to observe our honor days (Holidays) with fast and classes. To be able to wear our Cultural Regalia such as (Universal Flag, Crown/Kufi with Tassells, Gala & Refined Dress) order material needed for Civilization classes such as Audio & Visual Cassetes. and periodicals. a list of all such material and Information is included.

                    Thank you
                        Sincerely in Peace.
                                John Brewer III
                                    #231298

# National Office of Cultural Affairs
## Nation of Gods and Earths

2122 7th Avenue
New York, NY 10027

Phone: (212) 665-4175
(336) 287-7700
Fax: (212) 665-4175
E-mail noaculture@yahoo.com

**Executive Officers**

Born King Allah
Administrator/
Prison Administrator

Allah U Justice
Assistant Administrator

Bilal Allah
Public Relations

Allah B
Educational Coordinator

Born Black Allah
Prison Correspondent

Shammgod Allah
Prison Correspondent

Zyhier Allah
Secretary

This letter is being written to publicly define the Nation of God and Earth, commonly known as the Five Percent. Let be known that we define ourselves as a God Centered Cultural Nation. Since God is the centerpiece of our Nation, we love and honor God everyday as a Culture, free from but equivalent to any mainstream religion. Mainstream society had no language to adequately describe us. As a result, we have been mis-defined as a religion, cult, offshoot, gang, group and organization. We are none of those things. Therefore, it is necessary in 2007 that we define ourselves. This righteous Nation can no longer allow mis-definitions by others publicly or privately to go unaddressed. From this point forward, we will continue to confront those misrepresentations publicly. We will insure that our identity and National integrity remains intact. We remain an integral part of the larger society. Freedom of expression and diversity are essential to the basic social fabric of America. Therefore, our path to God is as legitimate as any people's religion, they claim to be their path to God. We will not be persecuted or marginalized for choosing our path. It is our assertion that America is enhanced positively by the existence of our righteous Nation. Time will prove us right and those who would discriminate and criminally profile us will be proved to be wrong. It is they who are practicing Anti-American principals in their attempt to deny us our constitutionally protected rights. In this country that advocates freedom and justice for all, we deserve respect, not rejection. We teach truth not hate and remain just and true in our pursuit of equal protection under the law. The doors to communication are now open. We trust that through meeting and open honest dialogue we will achieve our goal. The Nation of Gods and Earth's will receive all the rights, recognition, and privileges granted all other Cultures, peoples and religions, already accepted in America.

Righteously Yours,

(6)

I.   **ALLAH'S PHYSICAL BIRTHDAY (FATHER'S DAY)**

February 22nd marks the commemoration of Allah's physical birthday, the Founder of the Nation of Gods and Earths (N.G.E.). Members are required to take the day off from work to gather collectively. During the daylight hours, members partake in a fast (abstinence from food). During this fasting and gathering, N.G.E. members reflect upon the legacy of Allah via speeches, poetry, recital of Lessons, N.G.E. publications, books, watching videos, listening to audio tapes, singing the N.G.E.'s National Anthem ("The Enlightener"), "I Love Allah" and other N.G.E. songs which are sung by N.G.E. members. During the evening, the N.G.E. members partake in a meal and meet afterwards for the remainder of the day to continue commemorating the legacy of Allah.

Because we understand that restrictions on time, space, etc. prevent an identical Honor Day observation in prison which is entirely consistent with that which we conduct in society, we ask that the following be provided for incarcerated N.G.E. members to commemorate Father's Day, pursuant to the Free Exercise clause and Judge Buchwald's decision:

PROVISIONS FOR INCARCERATED N.G.E. MEMBERS

- Be provided with a meal to eat before sunrise
- Be allowed to meet collectively from 9 AM to sundown
- Be provided with a meal after sundown
- Be allowed to meet after meals until nightly lockdown period
- Be excused from work assignments and programs
- Be provided with audio and video equipment for audio and video tape observation
- Be allowed to utilize lessons, N.G.E. publications, books, poetry, etc.
- Be allowed to conduct speeches
- All food shall conform to the dietary restrictions of the N.G.E., i.e. no pork or pork by-products
- Be allowed to sing the N.G.E. songs
- Be allowed to return to their housing unit with a serving of each food item served (provided there is an excess).

II.  **ALLAH'S EDUCATIONAL SHOW AND PROVE**

The N.G.E. has celebrated its Annual Show and Prove every year since 1971. The intent of this festivity is to show and prove that the legacy of Allah lives on through the N.G.E. in spite of his absence. It is commemorated during the weekend nearest June 13th. June 13th is the day on which Allah was assassinated. If this day falls on a Wednesday, then the Show and Prove shall be held on the following Sunday.

(7)

The Show and Prove is a two day long event. The first day is a day of fasting and gathering, identical to the Father's Day. N.G.E. members collectively reflect on Allah and individually show and prove how Allah lives on through them. All N.G.E. members are encouraged to be vocal in showing and proving that Allah Lives. Hence, activities similar to those displayed during Father's Day are embarked upon. The second day of the Show and Prove consists of a Show and Prove picnic. In New York City, it is held in River Bank State Park and is spearheaded by Allah School in Mecca (Harlem). During this Honor Day, N.G.E. members collectively engage in dialogue about the greatness of Allah while festively intermingling. N.G.E. members are encouraged to bring family members who are not a part of the N.G.E. so they can witness the positive atmosphere and living truth of Allah.

Because we understand that restrictions on time, space, etc. prevent an identical Honor Day observation in prison which is entirely consistent with that which we conduct in society, we ask that the following be provided for incarcerated N.G.E. members to commemorate the Show and Prove and the Show and Prove picnic, pursuant to the Free Exercise clause and Judge Buchwald's decision:

## PROVISIONS FOR INCARCERATED N.G.E. MEMBERS

### SHOW AND PROVE:
For the Show and Prove, we request that N.G.E. members be provided with the same accommodations requested for Father's Day, with the exception of the fasting.

### SHOW AND PROVE PICNIC:
For the Show and Prove picnic, we request that the following accommodations be made:

- The Show and Prove picnic be held outside (held inside during inclement weather)
- The Show and Prove picnic be held during visiting hours
- The N.G.E. be allowed to invite visitors to attend
- Be provided with a morning and afternoon meal
- Be allowed to return to their housing unit with a serving of each food item served (provided there is an excess)
- N.G.E. and guests be allowed to sing N.G.E. songs.

(8)

III.    **THE N.G.E. ANNUAL FAMILY DAY EVENT/ALLAH SOCIAL**
This festivity shall occur on the last Saturday in August as part of the tribute to Allah. The Annual Family Day Event/Allah Social is utilized for N.G.E. members to socialize amongst themselves and invited guests. Family and friends are welcome to join in our festivities.

Because we understand that restrictions on time, space, etc. prevent an identical Honor Day observation in prison which is entirely consistent with that which we conduct in society, we ask that the following be provided for incarcerated N.G.E. members to commemorate the Annual Family Day Event/Allah Social, pursuant to the Free Exercise clause and Judge Buchwald's decision.

**PROVISIONS FOR INCARCERATED N.G.E. MEMBERS**

We request that the N.G.E. members be provided with the same accommodations requested for the Father's Day event, with the exception of the fasting.

- Be provided with a meal to eat before sunrise
- Be allowed to meet collectively from 9 AM to sundown
- Be provided with an afternoon meal
- Be provided with a meal after sundown
- Be allowed to meet after eating until the nightly lockdown
- Be excused from work assignments and programs
- Be provided with audio and visual equipment for audio and video tape observation
- Be allowed to utilize Lessons, N.G.E. publications, books, poetry, etc.
- Be allowed to conduct speeches
- All food shall conform to the dietary restrictions of the N.G.E., i.e., no pork or pork by-products
- Be allowed to sing the N.G.E. songs
- Be allowed to return to their housing unit with a serving of each food item served (provided there is an excess).

4

IV.   **YEAR ONE (BIRTH OF THE NATION OF GODS AND EARTHS DAY) – OCTOBER 10TH**

On this day, the N.G.E. comes together to commemorate the Nation's beginning.  It is commemorated during our October Parliament, or the last Sunday in the month of October.  On this day the elders of the N.G.E. speak on the different events that took place in our Nation's history since the year one, or our Nation's beginning.  It is also a time of conformity, when the men may wear Kufis with one or two tassels or Crowns, a brimless flat-crown with a fez-like shape are worn.  The wearing of Kufis or crowns is optional.

The women of the N.G.E. conform to their dress code.  Their dress code involves dressing in a refined manner by covering their bodies by at least 3/4ths with N.G.E. women's dresses, or garbs.  It is also a time of conformity, when the women may wear Galas, or head wraps to cover their heads.  The wearing of Galas or head wraps is optional.  It is also a day when the members of the N.G.E. all wear the traditional colors of black and gold.  On this day all N.G.E. members congregate to individually recite some portion of our Nation's history.

Because we understand that restrictions on time, space, etc. prevent an identical Honor Day observation in prison which is entirely consistent with that which we conduct in society, we ask that the following be provided for incarcerated N.G.E. members to commemorate this day, pursuant to the Free Exercise clause and Judge Buchwald's decision.

## PROVISIONS FOR INCARCERATED N.G.E. MEMBERS

We request that the N.G.E. members receive the same accommodations requested for Father's Day, with the exception of the fasting.

* Be provided with a meal to eat before sunrise
* Be allowed to meet collectively from 9 AM to sundown
* Be provided with a meal after sundown
* Be allowed to meet after eating until the nightly lockdown
* Be excused from work assignments and programs
* Be provided with audio and video equipment for audio and video tape observation
* Be allowed to utilize Lessons, N.G.E. publications, books, poetry, etc.
* Be allowed to conduct speeches
* All food shall conform to the dietary restrictions of the N.G.E., i.e., no pork or pork by-products
* Be allowed to sing the N.G.E. songs
* Be allowed to return to their housing units with a serving of each food item served (provided there is an excess).

5

(10)

## V.    DIETARY LAW

Members of the N.G.E., by their Cultural tenets, are prohibited from eating pork or pork by-products. Therefore, we respectfully request that all foods be cooked and prepared by members of the N.G.E. incarcerated membership, for the purpose of all Honor Day observances, pursuant to the Free Exercise clause and Judge Buchwald's decision.

## VI.   MATERIAL NEEDED FOR CIVILIZATION STUDY CLASSES

We respectfully request that all materials listed below, as well as the Parliaments, Civilization Classes, Educational Classes, Study Groups, etc. is provided, pursuant to the Free Exercise clause and Judge Buchwald's decision. In regards to time, we respectfully request that Parliaments be held on the third Sunday of every month; Civilization Classes, Educational Classes and Study Groups be held twice a week. In regards to space, we respectfully request that an area be provided for the N.G.E. to hold Parliaments, Civilization Classes, Educational Classes and Study Groups.

### REQUIRED DOCUMENTS:
Supreme Mathematics
Supreme Alphabets
History of Allah and the Nation of Gods and Earths
Twelve Jewels of Islam
Universal Flag of the N.G.E.
The Enlightener (National Anthem)

### ONE HUNDRED TWENTY DEGREES:
Student Enrollment
Lost Found Muslim Lesson #1
English Lesson C1
Lost Found Muslim Lesson #2
Actual Facts
Solar Facts

### PERIODICALS:
Nation of Gods and Earths (N.G.E.)
The Five Percent
The Word
The Sun of Man
Unity Publication Series
The 14th Degree and Beyond, etc.

### AUDIO AND VISUAL AIDES:
Cassette Tape Lectures
Video Cassettes

6

(11)

**CULTURAL REGALIA**
Men: Crown/Kufi
Women: Refined dresses (3/4ths) and Gala (head wraps)

**UNIVERSAL FLAG:**
Universal Flag (Seven, Sun, Moon, Star) In the Name of Allah. We
respectfully request that our Universal Flag be displayed at all events and
classes.

Kufi: A hemispheric head cap that can be made of cloth, knitted or crocheted,
multi-colored or single colored that may have one or two tassels protruding
from the top.

Crown: A brimless flat crown that can be made of cloth, knitted or crocheted,
multi-colored or single colored.

Refined dresses (3/4ths): A long, loose-fitted garment, usually a dress, skirt
or loose fitting pants that are worn to cover at least 3/4ths of the women's
body.

Gala (head wrap): A piece or several pieces of material worn to cover the
women's head.

We request that all N.G.E. members be allowed to wear their Universal Flag,
which is affixed to a metal chain or pin to be worn, pursuant to the Free
Exercise clause and Judge Buchwald's decision. The Universal Flag consists
of the number seven, sun, moon and star, with an eight point exterior with
colors of white, black and gold. Some are in solid gold.

Respectfully submitted,

Allah U Justice, Administrator

*Allah U Justice/saz*

Born King Allah, Prison Administrator

*Born King allah/saz*

AUJ-BKA/saz

Office of Cultural Affairs,
The Nation of Gods and Earths
2122 7th Avenue
New York, N.Y. 10027

7



# STATE OF CONNECTICUT
## DEPARTMENT OF CORRECTION
### 24 WOLCOTT HILL ROAD
### WETHERSFIELD, CONNECTICUT 06109

October 3, 2008

Mr. John Brewer #231298
McDougall-Walker CI
1153 East St. South
Suffield, CT 06080

Dear Mr. Brewer:

I am writing to acknowledge receipt of your Inmate Request Form dated August 12, 2008 which has been forwarded to my office by Associate Chaplain Rene Kieda. You wrote about the 5% Nation of Gods and Earths.

Your request is being reviewed.

You will receive a more complete response as soon as possible.

Sincerely,

Rev. Anthony J. Bruno
Director of Religious Services

AJB:dnb

Cc: Mary M. Marcial, Director of Programs & Treatment
Peter Murphy, Warden, MacDougall-Walker CI
Rene Kieda, Associate Chaplain, MacDougall-Walker CI
Steve Strom, Assistant Attorney General

*An Equal Opportunity Employer*



# Inmate Administrative Remedy Form
## Connecticut Department of Correction

CN 9602
REV 1/10/08

*This form replaces Inmate Grievance Form - Level 1, which is obsolete.*

Facility/Unit: **MacDougall Correctional Institution** · Date: **12/11/08**

Inmate name: **John Brewer III**    Inmate number: **231298**

### SECTION 1    SELECT ADMINISTRATIVE REMEDY A, B or C BELOW.

Follow the instructions *(for property claims, complete form CN 9609, Lost/Damaged Property Investigation Form and deposit in the 'Administrative Remedies' box).*

**A.** ☒ I am filing a Grievance.    >   **Complete Section 3** >>>

**B.** ☐ I am requesting a Health Services Review: ☐ Diagnosis/Treatment   >   **Complete Section 2 below**
          ☐ All Other Health Care Issues   >

**C.** ☐ I am filing an Appeal of a: (select one below.)
   ☐ Disciplinary Action   >   **Complete Section 4** >>>
   ☐ Special Management Decision    ☐ Classification Decision   >
   ☐ Publication Review Committee Decision    ☐ Furlough Decision   >   **Complete Section 2 below**
   ☐ Security Risk Group Designation    ☐ ADA Decision   >
   ☐ Determination of Grievance Process Abuse   >

### SECTION 2    STATE THE PROBLEM AND REQUESTED RESOLUTION

Provide any factual information that is applicable, including any responses from staff. State the action that you think should be taken to resolve the problem. PLEASE PRINT. I am filing this Grievance in regards to a request written and submitted to Deacon Kita and Rev. Bruno. for Religious/cultural Classes for the Nation of Gods & Earths. Which is a right given to me by the United States Constitution 1st ammendment and protected by the 5th and 14th ammendments, The Connecticut Constitution Article 1st section 3 and the Religious Land Use and Institutionalized Persons Act (RLUIPA).

There is no reason that I should Have To go to either Protestant, Islamic, Catholic, Jewish or any other services that for access to the knowledge of God when their teachings are contrary to mine. I have received acknowledgement of my request from Rev. Bruno Last received Oct. 3, 2008. But acknowledgement and progress are 2 different things and I would like to know what if anything is being done so that I can take the next step in order to get recognition for and the ability to practice my God Centered Culture with out Restraint. Thank you for your time and consideration.

Inmate signature: **John Brewer III**    Date: **12/11/08**

**For all remedies except health services, deposit this form in the Administrative Remedies box.**
**For a health services issue, deposit this form in the Health Services box.**

| **CONFIDENTIAL**<br>(FOR OFFICIAL USE) | Inmate name: John Brewer |
|---|---|
| | Inmate number: 231298    Housing: H2-51 |

*For all remedies except health services, deposit this form in the Administrative Remedies box.*
*For a health services issue, deposit this form in the Health Service Box.*

**SECTION 3**     **GRIEVANCE SECTION - This Section Applies ONLY to a Grievance**

Read and comply with the instructions below, then go to Section 2 (State the Problem) on the front. >>>

**Informal Resolution:** Prior to filing a grievance, you must attempt informal resolution. Attach a copy of CN 9601, Inmate Request Form with the staff member's response **OR** state in Section 2 the reason why the form is not attached.

Other requirements for using the Inmate Grievance Procedure:

1. Each grievable matter shall be submitted on a separate CN 9602, Inmate Administrative Remedy Form.
2. The grievance and action requested should be stated simply and coherently.
3. The length of the grievance is restricted to this form and one additional 8 ½" x 11" page.
4. The grievance must be free of obscene or vulgar language or content.
5. Your grievance must apply to your own situation; you may not file a grievance on another inmate's behalf.
6. The grievance must be filed within 30 days of the occurrence or discovery of the cause of the grievance.
7. You may not file a repetitive grievance when a final response has been provided and there has been no change in any circumstances that would affect the response; or when the initial grievance is still in process.

**SECTION 4**     **DISCIPLINARY SECTION – Complete this Section for a Disciplinary Appeal ONLY**

You may file a Disciplinary Appeal **only** if you have pleaded not guilty and have been found guilty at a disciplinary hearing. If so, complete this section; then complete Section 2 (State the Problem) on the front. >>>

| Offense: | Report date: |
|---|---|
| Facility where hearing was conducted: | Date of hearing: |

| Did you have an advocate? ☐ yes ☐ no | If yes, name of advocate: |
|---|---|

| Did you identify witness(es) to the investigator? ☐ yes ☐ no | Did your witness(es) testify? ☐ yes ☐ no |
|---|---|

Name(s) of any witness(es):

**SECTION 5**     **DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW**

| Date Received: 12/18/08 | IGP #: 137-09-159 | T#: |
|---|---|---|
| Disposition: Denial | | Date of Disposition: 12/24/08 |

Reason:

**Reason:** You did sign the Request for Designation of Religion, CN 100801, which clearly states that you understand that there is no collective religious activity for this faith group, Nation of Gods & Earths. A.D. 10.8, page 4, #6A does list the religious faiths that are considered "Collective Religions", which does not include your chosen faith. However, you are not being 'denied' the ability to practice your religion, in that you can, on your own accord, find a volunteer whom is willing to meet with you one on one. Of course, this person would have to have the proper credentials and be cleared to enter the facility. Also, Reverend Bruno did respond to you concerning this issue. As MacDougall CI is operating in accordance with A.D. 10.8-Religious Sevices, and what you request is beyond the authority of MacDougall CI, this remedy is denied.

| ☐ You have exhausted DOC's Administrative Remedies. | ☒ This matter may be appealed to: |
|---|---|
| Signature: | Date: 4/24/01 |



# Inmate Grievance Appeal Form - Levels 2/3
## Connecticut Department of Correction

CN 9604
REV 9/1/08

| Inmate name: John Brewer III | | Inmate number: 231298 |
|---|---|---|

| Facility/Unit: MWCI | Housing unit: H2-51 | Date: 12/29/08 |
|---|---|---|

| IGP number: 137-09-159 | T number: |
|---|---|

Use this form to appeal a Level 1 decision. CN 9602, Inmate Administrative Remedy Form and any attachments must accompany this form; no review will be undertaken if they do not accompany this form. Your appeal must be filed within 5 days of the Level 1 response; deposit it in the "Administrative Remedies" box.

### Appeal of Level 1 Decision to Level 2

I am appealing the Level 1 decision because: In order to practice my culture/religion as you call it) and increase my knowledge of God in accord with my God Centered Culture. There I have to have access to services & classes also be able to collective build with others who share my same beliefs. Understandably MWCI. Doesn't have the Authority to Grant these. But the Commisioner →

| Inmate signature: John Brewer III | Date: 12/29/08 |
|---|---|

### FOR OFFICIAL USE ONLY - LEVEL 2 REVIEW

| Date received: 01/15/09 | Disposition: Denied | Date of disposition: 02/09/09 |
|---|---|---|

Reasons: *You are appealing a level 1-grievance concerning religion. As Warden Murphy indicated in his level 1 response, you were advised there is no collective religious activity for the Nation of Gods & Earth and this was confirmed by your signature. You were welcomed to research a volunteer, provided they possess the appropriate credentials and meet all security regulations within the department. MacDougall is in accordance with A.D. 10.8, Religious Services. Your level 2 grievance is denied.*

Level 2 reviewer: _____ at DM

☐ This grievance may be appealed within 5 days to Level 3.

☒ You have exhausted the Department's Administrative Remedies. Appeal to Level 3 will not be answered.

### Appeal of Level 2 Decision to Level 3

I am appealing the Level 2 decision because:

| Inmate signature: | Date: |
|---|---|

### Deposit your appeal in the "Administrative Remedies" box.

### FOR OFFICIAL USE ONLY - LEVEL 3 REVIEW

| Date received: | Disposition: | Date of disposition: |
|---|---|---|

Reasons:

Level 3 reviewer:



**Inmate Request Form**
**Connecticut Department of Correction**

received
9/24/09
CN 9601
REV 1/31/09

Inmate name: John Brewer III

Inmate number: 231298

Facility/Unit: MWCI

Housing unit: H2-66

Date: 9/17/09

Submitted to: Deputy Warden Neftali Rodriguez.

Request: I am writing you in request of having sent to me and/or ordering Audio Lectures, 2 Solid Colored Crowns and The Universal Flag Pendant Necklace (Gold). All Materials of The Nation of Gods & Earths which is my Cultural/Faith Group and I am writing this request in accord with Administrative directice 10.8 5-C, and 5-H. The Dept. of Corrections has it on file that this is my Chosen Faith Group and in response to a Grievance I wrote on 12/11/08 (IGP# 137-09-159) Warden Murphy Gave me permisson to have a Volunteer Come and See & Build with me on a 1 to 1 Basis and Until then

*continue on back if necessary*

Previous action taken:

*continue on back if necessary*

Acted on by (print name):

Title:

Action taken and/or response:

There IS A form You NEED To fill out TO ORDER Religons C.D.'s And MUST STAY IN Compliance with AD 6.10 which STATES You ARE Allowed 14 CDS MAXIMUM INCLUDING WHAT IS Being ORDER. AS FAR AS You NeckIace, All Religons Items MUST Be ORDERED Through Commisary ONLY.

*continue on back if necessary*

Staff signature: Dpw N·

Date: 10/6/09

and Not just asked that I be afforded this opportunity.

Thank you.

Deputy Warden Rodriguez

Deputy Warden Rodriguez

RECEIVED

JUN 23 2010

4/0263
6/10/10

DEPT OF CORRECTION
RELIGIOUS SERVICES

Dear Commissioner;

Peace, I greet you in the highest of salutations out of respect and honor of my culture. I am a honorable and sincere adherent to the tenets of the God Centered Culture (G.C.C.) of the Nation of Gods and Earths (N.G.E) also known as the 5% N.GE.. My concern is that I have written to you 2 times before without a response, maybe this institution is not sending you my mail or what. B.Ut. the matter at hand is very pressing. I have went through the entire grievance process and no relief has come. I ask that you handle this in accord with the law and The Religious Land Use and In stitutionalized Persons Act of 2000 (RLUIP. By Granting The N.G.E. the same rights that Sunni Muslims, Catholics, Protestants, Jewish and Jehovah witnesse, Native Americans have. By adding us to the list of respected Cultures in the Administrative Directive and giving me/us the Opportunity to have Classes and don our Cultural regalia. Also to Commemorate our honor days properly. Just as everyone else. Included with this letter is a copy of the requests and Grievances that I sent in and have been denied. Because they say they Lack the Authority. It is my will that I be afforded the same Rights as Others, and if not, will proceed with Civil action. Again I Leave the Same as I came in Peace!

Sincerely
Hon. John Brewer III

## Inmate Request Form
### Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: Hon. John Brewer III

Inmate number: 231298

Facility/Unit: MWCI

Housing unit: J2-50

Date: 6/18/2010

Submitted to: Warden Murphy

Request: I am writing you as a sincere and Honorable adherent of and to the tenets of the God Centered Culture of the Nation of Gods and Earths. I am writing this request to ask that you afford me the opportunity to commemorate the Honor Days (Holidays) of the Nation of Gods and Earths by allowing me to fast on those days which are Feb. 22nd; June 13th & The 3rd Sunday in June; August 30th; & October 10th. I ask that the Institution provide me with 2 meals Breakfast before Sunrise and Supper after Sunset. No processed Meat or Meat by products. Preferably Fish and Eggs. I am asking that you allow me this right Just as the Sunni Muslims and Jewish have Theirs.

*continue on back if necessary*

Previous action taken:

*continue on back if necessary*

Acted on by (print name): 

Title:

Action taken and/or response:

Mr. Brewer - This is currently under review.

*continue on back if necessary*

Staff signature: Wanda Mu

Date: 7/1/10



# STATE OF CONNECTICUT
## *DEPARTMENT OF CORRECTION*
### 24 WOLCOTT HILL ROAD
### WETHERSFIELD, CONNECTICUT 06109

July 1, 2010

Inmate John Brewer # 231298
MacDougall-Walker C. I.
1153 East Street South
Suffield, CT 06080

Dear Mr. Brewer,

Your correspondence to Commissioner Murphy dated June 10, 2010 has been forwarded to my office for review and response.   I received it today.

You are requesting collective religious activity for the Nation of Gods and Earths (Five Percenters ).  Collective religious activity for a particular group is dependent on the availability of institutional space, staff and resources, while taking into account the level of inmate interest and safety and security issues. Please refer to A. D. 10.8, paragraph 6A.

At the present time, inmates who claim to be members of the Nations of Gods and Earths are permitted to receive one-on-one professional visits from group leaders in the community, and learn about the tenets of the Nations of Gods and Earths on an individual basis with books, newspapers, tapes, CDs, etc. In addition, inmates can write to me as the designee for the Director of Programs and Treatment for permission to purchase appropriate articles associated with the Nations of Gods and Earths not available in the Commissary.  The above listed ways to follow one's religion on an individual basis are the same for all inmates who do not have collective religious activity.

A more complete response will be sent as soon as possible.

Sincerely,

Rev. Anthony J. Bruno
Director of Religious Services

Copy:      Brian Murphy, Commissioner
           Patrick Hynes, Director of Programs and Treatment
           Peter Murphy, Warden, MacDougall-Walker C. I.
           Steve Strom, Assistant Attorney General
           Albert Pitts, Associate Chaplain, MacDougall-Walker C. I.
           Carolyn McClendon, Counselor Supervisor, Operations

*An Equal Opportunity Employer*

**Inmate Request Form**
**Connecticut Department of Correction**

RECEIVED

CN 9601
REV 1/31/09

Inmate name: Hon. John Brewer III

Inmate number: 2010 211298

Facility/Unit: MWCI

Housing unit: J.B. 50 DEPT OF CORRECTION RELIGIOUS SERVICES

Date: 1/26/10

Submitted to: Rev. Bruno

Request: Peace and Blessings to you Rev. Brunos I have received your response to continuous requests of having the God Centered Culture of The Nation of Gods and Earths and I would first like to ASK you if You Can or will send me the proper forms I need to use in order to make a purchase of a few Nation of Gods and Earths Parliament and Show & Prove C.D.s also The Five Percenter Album. Or direct me to where I can get the forms? 2nd what is needed in order for A Representitive to come in on a One on one? Can you please refer to the Nation of Gods and Earths (5 percenters) as The God Centered =

continue on back if necessary
over

Previous action taken:

continue on back if necessary

Acted on by (print name): | Title:

Action taken and/or response:

continue on back if necessary

Staff signature: | Date:



**STATE OF CONNECTICUT**
*DEPARTMENT OF CORRECTION*
24 WOLCOTT HILL ROAD
WETHERSFIELD, CONNECTICUT 06109

DATE: 8/2/10

DEAR INMATE: Brewer   # 231298

THIS IS A FORM LETTER.

YOUR CORRESPONDENCE HAS BEEN RECEIVED IN MY OFFICE.   THE DATE
THAT IT WAS RECEIVED IS STAMPED ON IT.

A COPY OF YOUR CORRESPONDENCE IS ATTACHED.

YOU WILL RECEIVE A SPECIFC RESPONSE AS SOON AS POSSIBLE.

PLEASE DO NOT WRITE AGAIN ON THIS SUBJECT.

YOUR PATIENCE IS APPRECIATED.

SINCERELY,

Anthony J. Bruno (w)
REV. ANTHONY J. BRUNO
DIRECTOR OF RELIGIOUS SERVICES

COPY:      INSTITUTIONAL RELIGIOUS FACILITATOR   Pitts

| | Inmate Request Form | CN 9602 |
|---|---|---|
| | Connecticut Department of Correction | Rev. 9/3/09 |

| Inmate Name _Hon. John Brewer III_ | | Inmate no. _231298_ | |
|---|---|---|---|
| Facility _MWCI_ | Housing unit & cell # _J2-82_ | | Date _11/4/10_ |

Submitted to _Security Officer. Ms. Kimberly Weir._

Request _I am writing you in concern of a recent memo Dated 8/12/10 ↑10/31/10_
_posted on 11/4/10 in J-Unit 2. regarding Security Risks Groups and Disruptive_
_groups in particular what you call the 5% Nation. a name. Commonly_
_used For the Nation of Gods And Earths. I would like to Know_
_what criteria was used by you to make the determination that_
_the 5% Nation (N.G.E) Was/is to be labeled a disruptive group_
_this Negative Connotation is Racist and Defamatory. And is cause for_

(continue on back if necessary)

Previous Action Taken

(continue on back if necessary)

| Acted on by (print name) | Title |
|---|---|

Action Taken and/or Response

(continue on back if necessary)

| Staff Member Signature | Date |
|---|---|

Legal action.. The Nation of Gods And Earths (commonly Called The 5% Nation) Share the same rights And protections Guaranteed under the United States Constitution and The Religous Land Use and Institutionalized Persons Act. 2000 As The protestants, Sunni Muslims (Islamic) Nation of Islam, Catholics, Jews, Jehovahs Witnesses and Native Americans and Wiccans. I, God Justice Born God Allah Am a sincere and Honorable Adherent to the tenets of the Nation of Gods and Earths. As Acknowledged By your Office and Official Staff. (Rev. Bruno; and Dept. Heads at this Institution) I am not a muslim, muslim-son nor a Christian. I am God, I am Allah. And I have been recognized as Such... How many times have you had an Issue, other than a few members Asking your administration to give us Classes and respect our Honor days. By the proper procedure; Request, Grievance, and Grievance Appeals. None; you may have an Issue with an inmate on a Individual Basis But Not with the Nation of Gods and Earths. IF

Thats how you come to your Conclusions then the protestants and Muslims and Catholics and Jews. Should be placed up there as well. They've got a history and propensity for Violent and disruptive behavoor Since Before Chattel Slavery. The Nation of Gods And Earths in its 46 years has been nothing but a Possitive and Productive in the Communities inside and Outside these prison walls. I ask that you remove

This Negative Connotation As Ap respectfully. and Tell Me how you came up with this Relation. Because you have Been Very Mis informed about the Nature And the Teachings of The Nation of Gods And Earths. (5% Nation). Respectfully.

       Hon. Mr. John Brewer III .     REF. Murria V. Broaddus

       #231298 MWCI .      2003 U.S. Dist Lexis 13329


C.C. N.G.E. National Office of Cultural Affairs.



**STATE OF CONNECTICUT**
*DEPARTMENT OF CORRECTION*
24 WOLCOTT HILL ROAD
WETHERSFIELD, CONNECTICUT 06109

November 8, 2010

Inmate John Brewer #231298
MacDougall-Walker CI
1153 East Street South
Suffield, CT 06080

Dear Mr. Brewer,

I am writing in response to your request for collective religious activity for the Nation of Gods and Earths (Five Percenters). Collective religious activity for a particular group is dependent on many factors including, but not limited to, the availability of institutional space, staff and resources, while taking into account the level of inmate interest and safety and security issues. Please refer to A. D. 10.8, paragraph 6A.

Your request for collective religious services for the Nation of Gods and Earths is denied. You may wish to worship at the one Islamic service which is offered.

In addition, there are ample opportunities to practice your religious beliefs on an individual basis.

For example:
1) You are permitted to have one-on-one individual professional clergy visits from group leaders in the community. The Institutional Religious Facilitator in your facility will make those arrangements for you following the same criteria used for professional clergy visits of other religious denominations. Please provide the necessary contact information for the Institutional Religious Facilitator.
2) You are also allowed to purchase and posses a wide variety of written materials which enable you to study and practice your religion. There is no system wide ban on Nation of Gods and Earths books, magazines, newspapers, etc. Each edition is reviewed for safety and security in accordance with A.D. 10.7.
3) You are also allowed to purchase tapes and CDs following the procedures in A. D. 6.10, paragraph 35 (April 15, 2010).
4) You can write to me as the designee for the Director of Programs and Treatment for permission to purchase appropriate religious articles associated with the Nation of Gods and Earths not available in the Commissary.

The above listed ways to follow one's religion on an individual basis are the same for all inmates who do not have collective religious activity.

You may be aware that in New Jersey and South Carolina the Nation of Gods and Earths, otherwise known as the "Five Percenters" have been designated a Security Risk Group, and that designation has been affirmed by the Courts as constitutional. The Court stated in part that "the designation of the Five Percenters as a Security Threat Group is rationally related to the legitimate objective of penal security. There is ample evidence in the record supporting the reasonableness of the conclusion that the Five Percenters as a group posed a threat to prison safety. Five Percenters had been involved in three serious acts of violence in the SCDC system in the first   four months of 1995. One of those incidents involved an assault on fellow inmates, while the other two resulted in the hospitalization of prison correctional officers. Additionally, (Corrrection Commissioner) Moore from South Carolina presented evidence that the New Jersey Department of Corrections and the Federal Bureau of Prisons had identified the Five Percenters as a racist, violent group presenting an organized threat to prison security. In light of the information that Commissioner Moore had before him, the decision to designate the Five Percenters as an STG was eminently rational." Mickle v. Moore (In re Long Term Admin. Segregation of Inmates Designated As Five Percenters), 174 F.3d 464, 469-470 (4th Cir. S.C. 1999).

Even a New York case, which is sometimes incorrectly cited as an authority in this matter, does not allow for collective religious services.   To the contrary, the NYDOCS protocol provides for an accommodation similar to the one allowed here by the CT DOC. The NY protocol provides: "DOCS will allow an inmate who professes to be a sincere adherent of the Nation of Gods and Earths to meet one-on-one in the facility legal visiting room during normal visiting hours with an outside volunteer affiliated with the Nation of Gods and Earths, who has been identified and designated as a volunteer by the Office of Ministerial and Family Services..." Marria v. Broaddus, 2004 U.S. Dist. LEXIS 14829 (S.D.N.Y. July 29, 2004). Thus, this authority supports the CT DOC practice of allowing individual professional clergy visits and not collective worship.

Your request has been carefully reviewed and is accordingly denied.

Sincerely,

Rev. Anthony J. Bruno
Director of Religious Services

Copy:        Director Hynes, Programs and Treatment Unit
             Attorney Strom, Assistant Attorney General
             Warden Murphy, MacDougall-Walker CI
             Institutional Religious Facilitator Pitts



# Returned Letter or Funds Notification
## Connecticut Department of Correction

Attachment C
REV 10/18/07
AD 3.7

Inmate name: JOHN BREWER | Inmate number: 231298

Check number: —————————— | Amount $: —————————— | Date: 11/9/10

Facility/Unit: MWCI | Location: ——————————

To: ALLAH YOUTH CENTER IN MECCA INC.
C/O "THE FIVE PERCENTER"
2122 ADAM CLAYTON POWELL BLVD. (7TH AVE)
NEW YORK, NY 10027.

**The enclosed letter or funds (is/are) being returned to you for the following reason:**

### Letter(s)

| | | | |
|---|---|---|---|
| ☐ | Unauthorized enclosure. | ☐ | Unauthorized correspondence. |
| ☐ | Discussion of criminal activity. | ☑ | Other (see comment section below). |

### Money Order(s)

☐ Inmate number not indicated on money order.
☐ Money sent by ineligible person (sender must be on inmate's visiting list or authorized by the Warden or designee).
☐ Money enclosed in unacceptable form. Only cashier, certified or registered checks or U.S. Postal money orders are accepted for deposit to an inmate's account. Cash and personal checks shall not accepted.
☐ State of Connecticut Unemployment Compensation must be verified for eligibility.
☐ Social Security Benefits: inmate convicted of felony and is not eligible to benefits.
☐ Social Security / SSI - inmate has been incarcerated to more than 30 days and is not entitled to benefits.
☐ Veterans Administration / Pension Benefits - inmate convicted of a felony or a misdemeanor and has been incarcerated more than 61 days and is not entitled to benefits.
☐ Veterans' Administration / Disability Benefits - need written verification of eligibility from Veterans Administration.
☐ Welfare Check – inmate is not eligible.
☐ Other Government check - need written verification of eligibility.
☐ Other (see comment section below).
☐ All money orders must be sent to: **INMATE TRUST FUND, P.O. BOX 290800, WETHERSFIELD, CT 06129-0800.**
☐ Funds are no longer received at the facility.
☐ All money orders must be completed by the purchaser.

### Publication(s)

**Unauthorized publication(s) >>> Rejected publications must be documented on form CN 100702, Publication Rejection Notice in accordance with Administrative Directive 10.7, Inmate Communications.**

Comments:   REJECTED CN'S ON SECURITY DIVISION PER O DATED
10/22/10, MATERIALS FOUND RELATED TO DISRUPTIVE
GROUP.

Staff signature: | Title: C/C

Telephone number: | Date: 11/09/10

distribution: | white - file | yellow - sender | pink - inmate

From:  Hon. John Brewer #
       # 231298
       MacDougall Corr. Inst.
       1153 East Street South
       Suffield, CT 06080

       November 15, 2010

To:    Kimberly Weir,
       Director of Security
       Department of Correction
       24 Wolcott Hill Road
       Wethersfield, CT 06109

RE: CONDITIONAL ACCEPTANCE – REQUEST FOR PROOF OF CLAIM TO YOU MEMO DATED
AUGUST 12, 2010

Dear Ms. Weir:

        In regards to the above 'memo', you can be sure I was shocked to
see such a memo about the Nation of Gods and Earths as a disruptive group.
as I want to resolve this matter as soon as possible, hopefully before
litigation, I find it necessary to exhaust my administrative remedy as to
this matter and any damages of slander, defamation of character and damage
to the reputation of the Nation of Gods and Earths in the community and/or
throughout the correctional facilities per your memo.

     I accept for value the memo you posted and the so-called facts as you
and the Commissioner have caused to be posted and I promise not to bring
any legal actions against either you, conditioned upon your 'Proof of Claim',
to such a memo, and as such, the necessary 'Proof(s) of Claim' are enumerated
below:

1.   PROOF OF CLAIM that you did a full investigation as to the facts as
presented.

2.   PROOF OF CLAIM that the investigation before posting revealed evidence
that could not be rebutted that the Nation of Gods and Earths is in fact
an 'actual' Security Risk Group and so-called disruptive.

3.   PROOF OF CLAIM that said investigation produced eye-witnesses, that
identified the Nation of Gods and Earths and so-called disruptive.

4.   PROOF OF CLAIM that you made contact with the 5% percenters to verify
the facts before posting your memo.

5.   PROOF OF CLAIM that you knew that the memo in question would not
constitute slander or defame the character of the Nation of Gods and Earths.

I.

6.   PROOF OF CLAIM that you knew that the memo in question would not damage the Nation of Gods and Earths reputation in the community or the correctional facilities.

7.   PROOF OF CLAIM that you knew that those individuals that you investigated were actual member(s) of the Nation of Gods and Earths and not just gang-members sprouting some of the knowledge of the God Centered Culture.

8.   PROOF OF CLAIM that you knew that such a posted memo could cause damage to the Nation of Gods and Earths if the 'facts in your investigation' were not true.

9.   PROOF OF CLAIM that you investigated the history and purpose of the Nation of Gods and Earths before recommending it a disruptive group.

10.  PROOF OF CLAIM that you investigated the organizational structure of the Nation of Gods and Earths before recommending it a disruptive group.

11.  PROOF OF CLAIM that you investigated the propensity for violence by the Nation of Gods and Earths before recommending it a disruptive group.

12.  PROOF OF CLAIM that you investigated the specific violent act or intended act of violence that could be reasonably attributed to the Nation of Gods and Earths before recommending it a disruptive group.

13.  PROOF OF CLAIM that you investigated the specific illegal or prohibited, to include the intention and conspiracy to commit such acts, that can be associated with the Nation of Gods and Earths as an entity before recommending it a disruptive group.

14.  PROOF OF CLAIM that you investigated the demographics of the Nation of Gods and Earths to include group size, location, patterns of expansion or decline of membership before recommending it a disruptive group.

15.  PROOF OF CLAIM that you investigated the degrees of threat to community or facility security before recommending it a disruptive group.


Please understand that the Nation of Gods and Earths have no dealings with any so-called gangmembers, but as such, I must exhaust our private administrative remedy in this matter to determine the facts and if such proof exists as to your claim as presented in the memo you posted, and if we have been damaged or injured by your collective and possible conspiratorial actions.

I now request the above 'Proofs of Claim' that you relied upon to support the memo you posted in my Unit.

The undersigned herein respectfully requires that you or the Commissioner

II.

reply within 7 days. A non-response, refusal and/or failure to provide
'Proof(s) of Claim' will constitute your failure to bring forth said 'Proof(s)
of Claim,' your failure to 'state a claim upon which relief can be granted,'
and your stipulation to the facts of this matter, and that you individually
and collectively agree that damage, injury and dishonor was committed in
this matter (damages of slander, defamation of character and damage to the
Nation of Gods and Earths reputation in the community and facilitites) by
you; Kimberly Weir, as Director of Security, to the amount sum certain of
$100,000.00. And upon your failure to provide 'Proof(s) of Claim,' presumption
will be taken that said failure, refusal and/or silence grants permission
by agreement that a lien can be filed against you for said damage, injury
and dishonor.

Along with your individual failure or refusal to bring forth 'Proof(s)
of Claim,' you will, have stipulated to the facts that the Nation of Gods
and Earths are not a disruptive group as identified in the memo you had posted
in my Unit and throughout each facility.

Please respond within 7 days upon receipt of this Conditional Acceptance
for Value for Proof of Claim to the Third Party addressed below.

Sincerely,

                              Without Prejudice

                              /s/ Hon. John Brewer III
                              Hon. John Brewer III AKA God Justice Born God
                              Allah   Secured Party - Principal and
                              Authorized Representative, Attorney-In-
                              Fact in behalf of Hon. John Brewer III

Third Party's Mailing Address:

Allah Black mind
857 Hedge Garden Ct.
Stone mountain, Ga. 30088

III.

# Inmate Request Form
## Connecticut Department of Correction

RECEIVED

CN 9602
Rev. 9/3/09

**Inmate Name** _Hon. John Brewer III_

**Inmate no.** _231298_

**Facility** _MWCI_

**Housing unit & cell #** _J2-82_

**Date** _11/15/10_

**Submitted to** _Warden Murphy_

**Request** Today I received a Pink Refusal to Take Funds off my account Slip. Because I was ordering The Five Percenter News paper. And they're saying that I can't order it because its material related to some socalled Disruptive Group. When I got permission from you & your Administration to order this and other materials regarding my Faith (Religous Culture) path.

(continue on back if necessary)

_Hon. John Brewer III_

**Previous Action Taken**

(continue on back if necessary)

**Acted on by (print name)** | **Title**

**Action Taken and/or Response**

Mr. Brewer - the 5% Nation has been identified as a Disruptive group. This occured in October of this year. Therefore material related to the 5% Nation will not be allowed into the Facility.

(continue on back if necessary)

**Staff Member Signature** _Warden Murphy_

**Date** _12/3/10_

# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: Hon. John Brewer III

Inmate number: 231298

Facility/Unit: MWCI

Housing unit: J2-82

Date: 11/16/10

Submitted to: Capt. Beaudry.

Request: On 11/16/10 I received a refusal to release funds for a subscription to the Five Percenter a monthly periodical. With the reason stating that it is material related to a newly labeled Disruptive Group. Which we all know is a False label drawn up to cause Controversy. Now I was given permission to order this and other Items related to my Cultural (Religious) Path. Through the grievance process which started in 2008. A response in totality received on 11/9/10 dated 11/08/10. From Rev. Bruno stated this Same thing And also Said That there is no "Ban" on the literature. So where or what authority do you have to send me threats stating that

*continue on back if necessary*

Previous action taken:

*continue on back if necessary*

Acted on by (print name): Beau

Title: Capt.

Action taken and/or response: All 5% Percenter Items Are up For Review Prior To Oct 21, 2010. As of Oct 21, 2010 it was Determined That All 5% material is to be Rejected per Security Division. If you Have Further Questions Please Contact Security Division 24 Wolcott Hill rd Wethersfield ct

*continue on back if necessary*

Staff signature:

Date: 12/2/10

if I get caught with this material I will be getting tickets? From The New memo stating that this is some Disruptive group to the Administrative Directive 6.14. There is Stated a Difference between S.R.G. and Disruptive Group. I do my best to stay out of trouble Living the tenets of my God Centered Culture. and am Just trying to gather And understanding of your view points.

Peace

Righteously.

Hon. John Brewer



# Returned Letter or Funds Notification
## Connecticut Department of Correction

Attachment C
REV 10/18/07
AD 3.7

| Inmate name: BREWER, JOHN | Inmate number: 231298 |
|---|---|

| Check number: — | Amount $: — | Date: 11/17/10 |
|---|---|---|

| Facility/Unit: MWCI | Location: — |
|---|---|

To: MR. DARTRE BOOKER

47 HOPKINS ST.

WATERBURY, CT. 06704

**The enclosed letter or funds (is/are) being returned to you for the following reason:**

**Letter(s)**

☐ Unauthorized enclosure.      ☐ Unauthorized correspondence.

☐ Discussion of criminal activity.      ☒ Other (see comment section below).

**Money Order(s)**

☐ Inmate number not indicated on money order.

☐ Money sent by ineligible person (sender must be on inmate's visiting list or authorized by the Warden or designee).

☐ Money enclosed in unacceptable form. Only cashier, certified or registered checks or U.S. Postal money orders are accepted for deposit to an inmate's account. Cash and personal checks shall not accepted.

☐ State of Connecticut Unemployment Compensation must be verified for eligibility.

☐ Social Security Benefits: inmate convicted of felony and is not eligible for benefits.

☐ Social Security / SSI - inmate has been incarcerated for more than 30 days and is not entitled to benefits.

☐ Veterans Administration / Pension Benefits - inmate convicted of a felony or a misdemeanor and has been incarcerated more than 61 days and is not entitled to benefits.

☐ Veterans' Administration / Disability Benefits - need written verification of eligibility from Veterans Administration.

☐ Welfare Check – inmate is not eligible.

☐ Other Government check - need written verification of eligibility.

☐ Other (see comment section below).

☐ All money orders must be sent to: **INMATE TRUST FUND, P.O. BOX 290800, WETHERSFIELD, CT 06129-0800.** Funds are no longer received at the facility.

☐ All money orders must be completed by the purchaser.

**Publication(s)**

**Unauthorized publication(s) >>> Rejected publications must be documented on form CN 100702, Publication Rejection Notice in accordance with Administrative Directive 10.7, Inmate Communications.**

Comments: PER MEMO DATED 10/22 FROM SECURITY DIVISION MATERIAL FOUND TO CONTAIN MATERIAL PERTAINING TO A DISRUPTIVE GROUP WILL BE REJECTED

| Staff signature: | Title: C/O |
|---|---|
| Telephone number: | Date: 11/17/10 |

| **distribution:** | **white - file** | **yellow - sender** | **pink - inmate** |
|---|---|---|---|



# Inmate Administrative Remedy Form
## Connecticut Department of Correction

CN 9602
REV 1/31/09

| Facility/Unit: MWCI J2-82 | | Date: 11/19/10 |
|---|---|---|
| Inmate name: John Brewer III | Inmate number: | 231298 |

| **SECTION 1** | SELECT ADMINISTRATIVE REMEDY A, B or C BELOW. |
|---|---|

Follow the instructions *(for property claims, complete form CN 9609, Lost/Damaged Property Investigation Form and deposit in the 'Administrative Remedies' box).*

**A.** ☒ **I am filing a Grievance.**
Prior to filing a grievance, you must attempt informal resolution. Attach a copy of CN 9601, Inmate Request Form with the staff member's response OR state in Section 4 the reason why the form is not attached. Grievances must be filed within 30 days of the occurrence or discovery of the cause of the grievance.   >   Refer to Section 2 below

**B.** ☐ **I am requesting a Health Services Review:** ☐ Diagnosis/Treatment   >
☐ All Other Health Care Issues   >   Complete Section 4   >>>>

**C.** ☒ **I am filing an Appeal of a (select one below):**
Appeals must be filed within 15 days of notification of a decision.
☐ Disciplinary Action   >   Complete Section 3 below

| ☐ Special Management Decision | ☐ Classification Decision | > | |
|---|---|---|---|
| ☒ Media Review Committee Decision | ☐ Furlough Decision | > | |
| ☐ Security Risk Group Designation | ☐ ADA Decision | > | Complete Section 4   >>>> |
| ☐ Determination of Grievance Process Abuse | ☐ Rejection of Outside Tapes/CDs | > | |

| **SECTION 2** | OTHER REQUIREMENTS FOR USING THE INMATE ADMINISTRATIVE REMEDY PROCEDURE |
|---|---|

Read and comply with the instructions below, then complete Section 4 (State the Problem) on the reverse side. >>>

- Only one request for an administrative remedy must be submitted on this form.
- The request for an administrative remedy and the action sought should be stated simply and coherently.
- The length of this request for an administrative remedy shall be restricted to the space available in Section 4 and one (1) additional 8 1/2 x 11 inch page.
- This request for an administrative remedy must be free of obscene or vulgar language or content.
- This request for an administrative remedy must be filed by the inmate who is personally affected by the subject of the request and shall not be filed by an inmate on behalf of another.
- A repetitive request for administrative remedy may not be filed by the same inmate when a final response has been provided and there has been no change in any circumstances that would affect the response; or when the initial request for an administrative remedy is still in process.

| **SECTION 3** | DISCIPLINARY SECTION – Complete this Section for a Disciplinary Appeal ONLY |
|---|---|

You may file a Disciplinary Appeal ONLY if you have pleaded not guilty and have been found guilty at a disciplinary hearing. If so, complete this section; then complete Section 4 (State the Problem) on the reverse side. >>>

| Offense: | Report date: |
|---|---|

| Facility where hearing was conducted: | Date of hearing: |
|---|---|

| Did you have an advocate?   ☐ yes   ☐ no | If yes, name of advocate: |
|---|---|

| Did you identify witness(es) to the investigator?   ☐ yes   ☐ no | Did your witness(es) testify?   ☐ yes   ☐ no |
|---|---|

Name(s) of any witness(es):

| **CONFIDENTIAL**<br>(FOR OFFICIAL USE ONLY) | Inmate name: Brewer, J | |
|---|---|---|
| | Inmate number: 231298 | Housing: J-82 |

| **SECTION 4** | STATE THE PROBLEM AND REQUESTED RESOLUTION |
|---|---|

Provide any factual information that is applicable, including any responses from staff. State the action that you think should be taken to resolve the problem. PLEASE PRINT. On 11/18/10 I received a returned Letter or Funds Notification Stating that a Letter I wrote to my nephew Mr. Dartre Booker reason Stating that Due to New memo. "Material related to a Disruptive Group." There was no material related to a Disruptive Group and There is no Administrative Directive Authorizing this Seizure. ~~or the~~ I wrote a request Appealing this issue and one Dating 11/09/10 for the same reasons. and Am Filing Grievance Appeal of This Because no one Seems to Know who's Ineligible signature is on The Returned letter form. I would Like for the Letter I wrote to Be Sent to my nephew.

| Inmate signature: John Brewer II | Date: 11/19/10 |
|---|---|

For all remedies except health services, deposit this form in the **Administrative Remedies box.**
For a health services issue, deposit this form in the **Health Services box.**

| **SECTION 5** | DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW |
|---|---|

| Date Received: 11/29/10 | IGP #: 137-11-204 | T#: |
|---|---|---|

| Disposition: DENIED | Date of Disposition: 12/6/10 |
|---|---|

Reason:

*Your level 1 grievance is denied. The rejecter's signature is the 2nd shift phone monitor, CO Bellemare. Bulletin boards in the units' post a memo regarding Disruptive Groups and the 5% Nation was recently added to the list. Any outgoing/incoming general mail or publications or other media materials are subject to confiscation and processed according to A.D. 10.7-Inmate Communications sections F&G. Please review the bulletin board and A.D. 10.7-InmateCommunications.*

| ☐ You have exhausted DOC's Administrative Remedies. | ☐ This matter may be appealed to: | |
|---|---|---|
| Signature: | Warden | Date: 12/6/10 |



# Returned Letter or Funds Notification
## Connecticut Department of Correction

Attachment C
REV 10/18/07
AD 3.7

Inmate name: BREWER, JOHN

Inmate number: 231298

Check number: —————————

Amount $: —————————

Date: 12/02/10

Facility/Unit: MWCI

Location: —————————

NATIONAL OFFICE OF CULTURAL AFFAIRS
To: ALLAH BLACKWIND

857 HEDGE GARDEN CT.

STONE MOUNTAIN, GA. 30088

**The enclosed letter or funds (is/are) being returned to you for the following reason:**

**Letter(s)**

| | |
|---|---|
| ☐ Unauthorized enclosure. | ☐ Unauthorized correspondence. |
| ☐ Discussion of criminal activity. | ☒ Other (see comment section below). |

**Money Order(s)**

☐ Inmate number not indicated on money order.

☐ Money sent by ineligible person (sender must be on inmate's visiting list or authorized by the Warden or designee).

☐ Money enclosed in unacceptable form. Only cashier, certified or registered checks or U.S. Postal money orders are accepted for deposit to an inmate's account. Cash and personal checks shall not accepted.

☐ State of Connecticut Unemployment Compensation must be verified for eligibility.

☐ Social Security Benefits: inmate convicted of felony and is not eligible to benefits.

☐ Social Security / SSI – inmate has been incarcerated for more than 30 days and is not entitled to benefits.

☐ Veterans Administration / Pension Benefits - inmate convicted of a felony or a misdemeanor and has been incarcerated more than 61 days and is not entitled to benefits.

☐ Veterans' Administration / Disability Benefits - need written verification of eligibility from Veterans Administration.

☐ Welfare Check – inmate is not eligible.

☐ Other Government check - need written verification of eligibility.

☐ Other (see comment section below).

☐ All money orders must be sent to: INMATE TRUST FUND, P.O. BOX 290800, WETHERSFIELD, CT 06129-0800.

☐ Funds are no longer received at the facility.

☐ All money orders must be completed by the purchaser.

**Publication(s)**

**Unauthorized publication(s) >>> Rejected publications must be documented on form CN 100702, Publication Rejection Notice in accordance with Administrative Directive 10.7, Inmate Communications.**

Comments:

REJECTED. SECURITY DIVISION MEMO DATED 10/22/10. MATERIALS FOUND PERTAIN TO DISRUPTIVE GROUP.

Staff signature: 

Title: C/O

Telephone number:

Date: 12/02/10

distribution:     white - file          yellow - sender          pink - inmate