UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN BREWER III : CIVIL NO. 3:11 CV 19 (RNC)

V. :

LEO ARNONE, ET AL. : January 3, 2012.

## STATUS REPORT

The plaintiff John Brewer III, is reporting that to this date the 3rd day of January 2012. he has not received any answers to the proof of claim that he sent to defendant Ms. Kimberly Weir on November 15, 2010 a copy of which is attached to this document. Also The plaintiff John Brewer III, has not yet been able to retain counsel on a

(1)

Pro Bono basis for the above Captioned matter after several attempts at getting help. from receiving denials to return to sender(s) and No answer at all. Attached to this document are those letters denying to help the plaintiff. The plaintiff John Brewer, III in good faith efforts has also sent the defendants without request the core foundational text of the Nation of Gods And Earths to show and prove that this a truely a God Centered Culture in which he is a sincere adherent to. And the plaintiff John Brewer III asks that the court sees fit for the plaintiff and defendants to have one

a status conference and to order the defendant Ms. Kimberly Weir to answer the proof of claim, also for the defendants to clarify their answer and Defenses. Most importantly their claims of being "without knowledge or information sufficient to form a belief and leave plaintiff to his proof." when all evidentiary exhibits sent in by Plaintiff with initial complaint are from and To each of the defendants and whom are all employees of the Connecticut Department of Corrections in their Individual and Official Capacity. and have caused an Alienation of affection between the

(3)

(4)

Plaintiff John Brewer III, and his family and fiancée. The plaintiff is willing to enter into a settlement conference if the court so directs.

Dated. Newtown, Ct. 06470

January 3rd, 2012.

Signed. John Brewer III

*John Brewer III*

Certification

A Status report has been sent to the U.S. District Court District of Connecticut. Honorable Judge Donna Martinez. On this 3rd day of January 2012.

signed John Brewer III

*John Brewer III*

From: Hon. John Brewer III
# 231298
MacDougall Corr. Inst.
1153 East Street South
Suffield, CT 06080

November 15, 2010

To: Kimberly Weir,
Director of Security
Department of Correction
24 Wolcott Hill Road
Wethersfield, CT 06109

RE: CONDITIONAL ACCEPTANCE - REQUEST FOR PROOF OF CLAIM TO YOU MEMO DATED AUGUST 12, 2010

Dear Ms. Weir:

In regards to the above 'memo', you can be sure I was shocked to see such a memo about the Nation of Gods and Earths as a disruptive group. as I want to resolve this matter as soon as possible, hopefully before litigation, I find it necessary to exhaust my administrative remedy as to this matter and any damages of slander, defamation of character and damage to the reputation of the Nation of Gods and Earths in the community and/or throughout the correctional facilities per your memo.

I accept for value the memo you posted and the so-called facts as you and the Commissioner have caused to be posted and I promise not to bring any legal actions against either you, conditioned upon your 'Proof of Claim', to such a memo, and as such, the necessary 'Proof(s) of Claim' are enumerated below:

1. PROOF OF CLAIM that you did a full investigation as to the facts as presented.

2. PROOF OF CLAIM that the investigation before posting revealed evidence that could not be rebutted that the Nation of Gods and Earths is in fact an 'actual' Security Risk Group and so-called disruptive.

3. PROOF OF CLAIM that said investigation produced eye-witnesses, that identified the Nation of Gods and Earths and so-called disruptive.

4. PROOF OF CLAIM that you made contact with the 5% percenters to verify the facts before posting your memo.

5. PROOF OF CLAIM that you knew that the memo in question would not constitute slander or defame the character of the Nation of Gods and Earths.

I.

6.   PROOF OF CLAIM that you knew that the memo in question would not damage the Nation of Gods and Earths reputation in the community or the correctional facilities.

7.   PROOF OF CLAIM that you knew that those individuals that you investigated were actual member(s) of the Nation of Gods and Earths and not just gang-members sprouting some of the knowledge of the God Centered Culture.

8.   PROOF OF CLAIM that you knew that such a posted memo could cause damage to the Nation of Gods and Earths if the 'facts in your investigation' were not true.

9.   PROOF OF CLAIM that you investigated the history and purpose of the Nation of Gods and Earths before recommending it a disruptive group.

10.   PROOF OF CLAIM that you investigated the organizational structure of the Nation of Gods and Earths before recommending it a disruptive group.

11.   PROOF OF CLAIM that you investigated the propensity for violence by the Nation of Gods and Earths before recommending it a disruptive group.

12.   PROOF OF CLAIM that you investigated the specific violent act or intended act of violence that could be reasonably attributed to the Nation of Gods and Earths before recommending it a disruptive group.

13.   PROOF OF CLAIM that you investigated the specific illegal or prohibited, to include the intention and conspiracy to commit such acts, that can be associated with the Nation of Gods and Earths as an entity before recommending it a disruptive group.

14.   PROOF OF CLAIM that you investigated the demographics of the Nation of Gods and Earths to include group size, location, patterns of expansion or decline of membership before recommending it a disruptive group.

15.   PROOF OF CLAIM that you investigated the degrees of threat to community or facility security before recommending it a disruptive group.

Please understand that the Nation of Gods and Earths have no dealings with any so-called gangmembers, but as such, I must exhaust our private administrative remedy in this matter to determine the facts and if such proof exists as to your claim as presented in the memo you posted, and if we have been damaged or injured by your collective and possible conspiratorial actions.

I now request the above 'Proofs of Claim' that you relied upon to support the memo you posted in my Unit.

The undersigned herein respectfully requires that you or the Commissioner

II.

reply within 7 days. A non-response, refusal and/or failure to provide 'Proof(s) of Claim' will constitute your failure to bring forth said 'Proof(s) of Claim,' your failure to 'state a claim upon which relief can be granted,' and your stipulation to the facts of this matter, and that you individually and collectively agree that damage, injury and dishonor was committed in this matter (damages of slander, defamation of character and damage to the Nation of Gods and Earths reputation in the community and facilitites) by you; Kimberly Weir, as Director of Security, to the amount sum certain of $100,000.00. And upon your failure to provide 'Proof(s) of Claim,' presumption will be taken that said failure, refusal and/or silence grants permission by agreement that a lien can be filed against you for said damage, injury and dishonor.

Along with your individual failure or refusal to bring forth 'Proof(s) of Claim,' you will, have stipulated to the facts that the Nation of Gods and Earths are not a disruptive group as identified in the memo you had posted in my Unit and throughout each facility.

Please respond within 7 days upon receipt of this Conditional Acceptance for Value for Proof of Claim to the Third Party addressed below.

Sincerely,

                                            Without Prejudice

                                    /s/ *Hon. John Brewer III*
                                    Hon. John Brewer III RKA God Justice Born God
                                    Allah   Secured Party - Principal and
                                    Authorized Representative, Attorney-In-
                                    Fact in behalf of *Hon. John Brewer III*

Third Party's Mailing Address:

*Allah Black mind*
*857 Hedge Garden Ct.*
*Stone mountain, Ga. 30088*

                                      III.

Attorneys who did not respond to plaintiffs. Letters seeking help in civil action

① Quinnipiac University School of Law
275 Mount Carmel Ave.
Hamden, Ct. 06518.

② Jerome N. Frank Legal Services Organization.
Yale Law School.
P.O. Box 209090
New Haven, Ct. 06520

③ Carmody & Torrance.
195 Church St.
New Haven, Ct. 06510

④ Law Offices of Paul Lange.
80 Ferry Blvd.
Stratford Ct. 06615

⑤. Williams and Pattis
51 Elm St. Suite 409
New Haven Ct. 06510

John Brewer III #231298
M.W.C.I.
1153 East Street South
Suffield, Ct. 06080

July 24, 2011

Dear; Atty's, Beck & Eldergill

    Peace and Blessings of Love, Grace and Mercy. I am writing to you as a sincere adherent to the righteous tenets of the Nation of Gods and Earths in concern of a Federal §1983 Civil suit that I have filed Informal Pauperis against employee's of the State of Connecticut Dept. of Corrections. This suit is brought forth claiming violations of the Religious Land Use and Instituitionalized Persons Act (R.L.U.I.P.A.), 1st ammendment of the United States Constitution and Article 1st sec. 3 of the State of Connecticut Constitution. As an individual who is not experienced in the law and your profession, you expertise is duly necessary and needed. I am asking if you will please consider taking on this cause as Pro Bono?

Thank You, for your time and consideration and may you continue to have a blessed day.

Please note enclosed is a copy of my Petition. Also there are others who are filing with these same claims.

        LOVE, PEACE AND HAPPINESS!

                    Respectfully,

                    *John Brewer III*

                    Hon. John Brewer III



BluBrewer #321298
InmCt
1153 East St. South
Suffield, CT - 06080

Q-20

Legal
Mail

Return to
Sender
Refused

Siegel O'connor Schiff
and Zangar.
150 Trumbull St
Hartford, CT - 06103

THIS CORRESPONDENCE ORIGINATED
FROM AN INMATE AT A
CONNECTICUT CORRECTIONAL FACILITY

$01.08
JUN 16 2011
MAILED FROM ZIP CODE 06078

John Brewer III #231298
M.W.C.I.
1153 East Street South
Suffield, Ct. 06080

June 10, 2011

Dear; Attorney O'Connor

    Peace and Blessings of Love, Grace and Mercy. I am writing to you as a sincere adherent to the righteous tenets of the Nation of Gods and Earths in concern of a Federal §1983 Civil suit that I have filed Informal Pauperis against employee's of the State of Connecticut Dept. of Corrections. This suit is brought forth claiming violations of the Religious Land Use and Instituitionalized Persons Act (R.L.U.I.P.A.), 1st ammendment

of the United States Constitution and Article 1st sec. 3 of the State of Connecticut Constitution. As an individual who is not experienced in the law and your profession, you expertise is duly necessary and needed. I am asking if you will please consider taking on this cause as Pro Bono?

Thank You, for your time and consideration and may you continue to have a blessed day.

Please note enclosed is a copy of my Petition. Also there are others who are filing with these same claims.

        LOVE, PEACE AND HAPPINESS!

                    Respectfully,

                    Hon. John Brewer III



Sheila A. Huddleston
Phone: (860) 251-5723
Fax: (860) 251-5319
shuddleston@goodwin.com

June 30, 2011

Mr. John Brewer III #231298
M.W.C.I.
1153 East Street South
Suffield, CT 06080

Dear Mr. Brewer:

    I received your request for pro bono assistance in your case against the Department of Correction. I regret that Shipman & Goodwin cannot assist you in this matter.

                                 Sincerely yours,

                                 Sheila A. Huddleston


# Cannatelli Law Offices

88 Main Street, Suite 3, Ansonia, Connecticut, 06401
Phone: 203-751-9704 Fax: 203-734-3283
Email: cannatellilaw@aol.com

John Brewer, III                                           Sept. 20, 2011
#231298
Garner CI
50 Nunnawauk Road
Newtown, Conn.
06470

Dear Mr. Brewer:

Thank-you for your Sept. 12th letter. I did review it.
I am currently in the process of moving, and am changing
the scope of my legal representation.

I am not taking any more of these types of cases. Thank-you
for considering me. I am so sorry.

Take-care of yourself, and good luck with your matter.

                                        Yours very truly,

                                        Frank P. Cannatelli

cc.
File



August 16, 2011

John Brewer III #231298
M.W.C.I
1153 East Street South
Suffield, CT 06080

Dear Mr. Brewer:

I am writing in response to your recent inquiry for assistance from the American Civil Liberties Union of Connecticut. We have reviewed your complaint but unfortunately we do not have the staff or resources to help you with the assistance you requested.

The ACLU-CT is a private non-profit organization. We receive no government money; we receive our funds from donations, memberships and fundraising. The cases we accept must present significant constitutional issues and have a favorable chance for success in setting a precedent in the law reaching beyond the circumstances of individuals or organizations. Moreover, due to limited resources, we cannot accept all the cases that fit that description.

Again I am sorry that we are unable to assist you on this particular issue. Good luck and I regret this organization cannot be of more help.

Sincerely,

Jeremy Shafer
Legal Assistant

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
OF CONNECTICUT
2074 PARK STREET
SUITE L
HARTFORD, CT 06106
T/860.523.9146
F/860.586.8900
WWW.ACLUCT.ORG

# Blackwell ♦ Davis ♦ Spadaccini LLC
*Attorneys at Law*

*Manchester*                                                                 *Hartford*

David H. Blackwell, Esq.
Wendell G. Davis, Jr., Esq.
Louis A. Spadaccini, Esq.

<u>**PRIVILEGED AND CONFIDENTIAL**</u>
<u>**ATTORNEY-CLIENT COMMUNICATION**</u>

June 20, 2011

John Brewer
#231298
MacDougall/Walker Correctional Institution
1153 East Street South
Suffield, CT 06080

    Re:    **Retention of Services**

Dear Mr. Brewer:

When we last spoke you asked about my firm representing you in a subsequent action outside of the public defender's office. After reviewing the matter it has become clear to me that I am prohibited from privately representing you. I appreciate your thinking of me and your confidence in me, but unfortunately I am unable to provide private legal services to you at this time.

With many thanks and good wishes for the future I am,

Very Truly Yours,

Justin R. Clark

**ALLAN B. RUBENSTEIN**
ATTORNEY-AT-LAW
261 BRADLEY STREET
NEW HAVEN, CT 06510

TELEPHONE 203-777-6400
FAX 203-782-0921
E-MAIL ALLANBRUBENSTEIN@SBCGLOBAL.NET

June 20, 2011

Mr. John Brewer III
M.W.C.I.
1153 East Street South
Suffield, CT 06080

Dear Mr. Brewer:

Thank you for your correspondence. Attorney Rubenstein primarily practices law relating to Social Security and Worker's Compensation. He is unable to represent you in your Section 1983 lawsuit. We wish you the best of luck in your claim.

Sincerely,

Stephanie Molden
Legal Assistant