```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF CONNECTICUT

JOHN BREWER, III,                 :
                                  :
     Plaintiff,                   :
                                  :
     v.                           :   CASE NO. 3:11CV19(DFM)
                                  :
LEO ARNONE ET AL.,                :
                                  :
     Defendants.                  :
```

## MEMORANDUM OF STATUS CONFERENCE AND ORDER

On June 22, 2012, Judge Martinez held a telephonic status conference with the pro se plaintiff John Brewer and counsel for the defendant, Assistant Attorney General Steven Strom, at which the following items were discussed.

The plaintiff recently mailed interrogatories to the defendants, which are similar in content to those he mistakenly sent to the court in August 2011.  (See docs. #18 and #21.)  He intends to file a motion to appoint counsel shortly.

Settlement discussions between the parties are ongoing. Attorney Strom will visit the plaintiff at his place of incarceration during the week of July 9, 2012 to continue discussions in more detail.  One or both of the parties shall report back to chambers on July 16, 2012 as to whether the case has settled.  Parties shall not include in communications to

Judge Martinez any details of settlement discussions, proposals or offers and demands.

Instead of filing dispositive motions, the parties intend to address any pure questions of law in the Joint Trial Memorandum that will be due shortly before trial.

Finally, the court addressed the plaintiff's motion (doc. #37) seeking sanctions for defense counsel's last-minute motion to continue the status conference (doc. #34).  The motion is DENIED because the plaintiff was not harmed by the four-day delay.  Nevertheless, defense counsel is admonished that he must file motions in a timely fashion to give the plaintiff an opportunity to voice any objection.

SO ORDERED at Hartford, Connecticut this 25th day of June, 2012.

_____/s/_____
Donna F. Martinez
United States Magistrate Judge